THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LANCELOT M. BERKELEY, Appellant.

(Submitted December 3, 1934; decided December 4, 1934.)

*Paul Windels, Corporation Counsel (Henry J. Shields* of counsel), for motion.

*Lancelot M. Berkeley,* in person, opposed.

Motion denied and case set down for argument on first Monday of January, 1935, session.